# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSH PARKER,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                Defendant. | 8:24CV149<br><br>**FIFTH AMENDED**<br>**CASE PROGRESSION ORDER** |

      This matter comes before the Court on the parties' Joint Motion for Extension of Deadlines (Filing No. 33). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

      **IT IS ORDERED** that the Joint Motion for Extension of Deadlones (Filing No. 33) is granted, and the third amended progression order is amended as follows:

1) Experts:

   a. The deadline for completing expert witness depositions is extended to **December 17, 2025**.

   b. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **March 5, 2026**.

2) The deadline for filing motions to dismiss and motions for summary judgment is extended to **February 2, 2026**.

3) Within 7-days after the Court rules on any dispositive motions the parties shall contact chambers of the undersigned magistrate judge to schedule a planning conference to discuss the parties' interest in settlement, and the trial and pretrial conference settings, if necessary.

4) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 12th day of November, 2025.

                                                                                    BY THE COURT:

                                                                                     s/Michael D. Nelson<br>
                                                                                     United States Magistrate Judge